UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-217 RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| BOBBIE DENISE CATTON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 16, 2007. The United States was represented by AUSA Annette Hayes and the defendant by Lee Covell . The proceedings were digitally recorded.

Defendant had been sentenced on or about October 4, 2002 by the Honorable Robert S. Lasnik on a charge of Identification Fraud, and sentenced to 33 months custody, three years supervised release. (Dkt. 36.)

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess any firearms, submit to drug testing, participate in substance abuse treatment, abstain from alcohol, submit to search, participate in a mental health program, pay

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 restitution in the amount of $10,641.75, provide access to financial information, allow inspection

02 of her personal computer and software, report any new software purchases, refrain from obtaining

03 new lines of credit without permission, and not possess any identification documents in any but

04 defendant's true name. (The judgment was amended on November 12, 2004 to delete the

05 restitution requirement. Dkt. 46.)

06      In an application dated April 18, 2007 (Dkt. 48), U.S. Probation Officer Tammy M. White

07 alleged the following violations of the conditions of supervised release:

08      1.    Committing the crime of Driving Under the Influence on or about January 8, 2007,

09 in violation of the standard condition that she not commit another federal, state or local crime.

10      2.    Consuming alcohol on or about January 8, 2007, in violation of the special

11 condition of supervised release requiring her to abstain from the use of alcohol.

12      Defendant was advised in full as to those charges and as to her constitutional rights.

13      Defendant admitted  alleged violation two and waived any evidentiary hearing as to

14 whether it occurred. She requested an evidentiary hearing on violation one. (Dkt. 50.)

15      I therefore recommend the Court find defendant violated her supervised release as alleged

16 in violation two,  and that the Court conduct a hearing limited to the issue of disposition.  An

17 evidentiary hearing is scheduled for June 28, 2007 before Judge Donohue on violation one.  A

18 disposition hearing on violation two will be set before Judge Lasnik.

19      Pending a final determination by the Court, defendant has been released on the conditions

20 of supervision.

21 ///

22 ///

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

DATED this 16th day of May, 2007.

_____
Mary Alice Theiler
U.S. Magistrate Judge

cc:  District Judge:            Honorable Robert S. Lasnik
     AUSA:                      Annette Hayes
     Defendant's attorney:      Lee Covell
     Probation officer:         Tammy M. White

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3